# EXHIBIT C



5060 Shoreham Pl., Ste. 300
San Diego, CA 92122
619.525.3990 *phone*
619.525.3991 *fax*
www.robbinsllp.com

March 10, 2025

**VIA FEDEX OVERNIGHT**

| | |
|---|---|
| Robert A. Iger, Chief Executive Officer | Registered Agent |
| THE WALT DISNEY COMPANY | CORPORATION SERVICE COMPANY |
| 500 South Buena Vista Street | 251 Little Falls Drive |
| Burbank, CA 91521 | Wilmington, DE 19808 |

  Re:  **The Walt Disney Company Stockholder Inspection Demand**

Dear Mr. Iger:

  We represent Dorothy Keto, a stockholder of The Walt Disney Company ("Walt Disney" or the "Company"). We write on our client's behalf to demand that the Company permit Ms. Keto, through her legal counsel, to inspect certain books and records of Walt Disney, pursuant to title 8, section 220 of the Delaware General Corporation Law Code ("Section 220"). Our client has authorized Robbins LLP to inspect the Company's books and records on her behalf.

  Ms. Keto brings this demand for a proper purpose as required under Delaware law. Our client's proper purpose is to investigate potential corporate mismanagement, wrongdoing, and waste by fiduciaries of the Company, including the Board of Directors (the "Board") and executive officers of Walt Disney. Once our client has reviewed the requested information she will take appropriate action.

## BASIS FOR INSPECTION

  Walt Disney is a global entertainment company organized under three segments: Entertainment, Sports, and Experiences. In November 2019, under the leadership of Robert A. Iger ("Iger") Chief Executive Officer ("CEO"), the Company's Entertainment segment launched Disney+, its direct-to-consumer streaming service offering general entertainment and family programming. In February 2020, Iger stepped down as CEO and appointed Robert A. Chapek ("Chapek") as his successor. Chapek was offered a relatively short CEO contract, set to expire at the end of 2022. Under the terms of the agreement, Chapek's compensation and evaluation were tied to both his personal performance and "the value of the Company's common stock."

  Just about a month after Chapek's transition, the World Health Organization declared the Coronavirus Disease of 2019 a pandemic. The pandemic devastated Walt Disney's core businesses. The Company's stock price dwindled as it was forced to suspend film production, close theme parks, and halt cruise line operations. Despite the Company's losses, major streaming platforms like Disney+ saw a significant surge in viewership. Walt Disney investors, recognizing the influx of new Disney+ subscribers, drove the Company's stock price upward. As the new CEO,



Chapek focused on sustaining momentum with Disney+ to improve his chances of securing a contract renewal.

Unfortunately, Chapek's focus on subscriber growth led to unsustainable tactics that took a heavy financial toll on the Company. For instance, the Company offered promotional pricing for new subscribers who were likely to churn the service.[1] While these tactics provided short-term growth, they came at a significant cost to the Company's financial health.

Chapek's strategy ultimately unraveled as escalating costs and rising churn took their toll on the Company. As a result, in November 2022, Walt Disney reported a devastating quarterly operating loss of $1.47 billion. Shortly thereafter, and less than five months after the Board had renewed Chapek's contract, the Company terminated his employment and reinstated Iger as CEO.

Rather than alerting investors of the platform's issues, Walt Disney's fiduciaries issued a series of false and misleading statements that repeatedly assured investors that the Company's Disney+ service had achieved sustainable subscriber growth. These statements kept the Company's stock price at artificially inflated prices. Certain Walt Disney fiduciaries took advantage of this inflation to sell over $392.9 million worth of their personally held Walt Disney stock while in possession of material nonpublic information about the Company's business health.

Once the truth about the Company became public, Walt Disney's stock price dropped over 8.7%, or $8.83 per share, on May 11, 2023, to close at $92.31 per share compared to the previous trading day's closing of $101.14 per share, erasing $16.1 billion in market capitalization in a single day.

**Walt Disney's Fiduciaries Pursue a Harmful "Growth-at-Any-Cost" Strategy for Disney+**

With the assistance of Kareem Daniel ("Daniel"), former Chairman of Disney Media and Entertainment Distribution ("DMED"), and Christine M. McCarthy ("McCarthy"), former Chief Financial Officer, Chapek devised a scheme to drive Disney+ subscriber growth and bolster the Company's stock price. Chapek reorganized the Company, creating DMED to consolidate all content production, distribution, and finance units, and personally appointed Daniel to lead the division. Leveraging DMED, Chapek implemented a series of unsustainable tactics, primarily aimed at accelerating Disney+ subscriber growth.

As mentioned below, one of Chapek's tactics involved setting a lofty subscriber target to maintain market confidence for its platform. In December 2020, McCarthy announced that the Company expected to reach 230 million to 260 million subscribers by the end of fiscal 2024. Walt Disney fiduciaries repeatedly assured investors that the Company was on track to reach the target.

Second, through DMED, both Chapek and Daniel circumvented theatrical releases and pay-per-view windows, prioritizing the rapid release of feature films directly on Disney+. For

---

[1] Churn rate refers to the percentage of users who stop using an application or service within a specific time frame.

example, they reduced the theatrical windows of feature films to just forty-five days, compared to the traditional ninety-day period. Moreover, pay-per-view windows were largely bypassed. This strategy focused on driving Disney+ subscriber growth, often at the expense of the Company's profitability. Iger later commented that the strategy "created an expectation in the audience that they're going to eventually be on streaming and probably quickly, and there wasn't an urgency."

Third, both Chapek and Daniel pursued aggressive content spending, aiming to attract new subscribers. Through DMED, Chapek and Daniel increased the Company's content budget to $33 billion for fiscal 2021, nearly doubling previous budget estimates. Chapek downplayed concerns by assuring the public that this influx of new and original content would lead to subscriber growth. In February 2023, Iger admitted that the "promotion to chase subs that we've been fairly aggressive at globally wasn't absolutely necessary."

Fourth, Chapek and Daniel initiated aggressive promotional pricing to chase "low-quality" subscriber growth.[2] The Company offered considerable subscription discounts and promotions through third parties, where Walt Disney would receive only a fraction of the full subscription price.

Fifth, Chapek and Daniel expanded Disney+ into unprofitable markets to drive subscriber growth. By late 2021, the Company decided to launch Disney+ in markets, many of which had a lower average revenue per user, limited broadband access, and significant censorship, or outright bans on certain content—factors that significantly hindered the potential for profitability in those markets.

Sixth, Chapek, Daniel, and McCarthy altered the Company's accounting of content costs to obscure the true scale of the financial damage. For example, Walt Disney's film and television studios produced content and transferred it to Disney+ at fair market value. However, after the formation of DMED, intercompany content sales were excluded from the calculations. This change enabled the Company to report lower costs and increased profitability. For instance, in the first quarter after DMED's formation, the Company recorded a loss of just $466 million, well below analysts' expectations of a $1.2 billion operating loss.

Finally, the Company's fiduciaries concealed the truth about the platform's churn rates. While Chapek's tactics were aimed at driving subscriber growth upward, they ultimately attracted a significant number of low-quality subscribers. High churn rates posed a serious issue for the platform. According to the *Wall Street Journal*, churn had risen by 30% on a year-over-year basis from the Company's second quarter of 2021. In February 2023, Iger admitted that the Company needed to focus on attracting "quality subs that are loyal and where we actually have the ability to continue to price effectively to those subs."

---

[2] "Low-quality" subscribers can refer to customers who are likely to cancel their subscriptions once the promotional period ends or after specific content has been consumed.

At the same time, Chapek, Daniel, and McCarthy issued a series of false and misleading statements that obscured the platform's issues and contributed to maintaining the Company's stock price at artificially inflated levels.

**Walt Disney's Fiduciaries Misled the Public Regarding the Sustainability of Subscriber Growth and Profitability of Its Disney+ Service**

Between December 10, 2020 and November 8, 2022, Walt Disney's fiduciaries made materially false and misleading statements concerning the business and financial health of the Company's Disney+ service. In particular, on December 10, 2020, Walt Disney held an Investor Day event with analysts and investors. During the event, Daniel represented that the Company focused on user engagement, efficiently allocating its creative content budget, rather than chasing after subscriber growth. In particular, Daniel stated:

> While we have always valued the data gained through our numerous consumer touchpoints, the rapid growth of our portfolio of DTC services provides us with an even greater opportunity to understand their preferences, and we are using these insights to help determine ***how to optimally engage with our audiences***.
>
> In fact, ***our team uses all of the information available to us when determining how best to allocate our annual creative content budgets across platforms, with the goal to maximize both audience engagement and commercial impact***.

Later in the event, McCarthy also stated that the Company was expected to reach ***230 million to 260 million*** subscribers by the end of fiscal 2024.

On February 11, 2021, Walt Disney held an earnings call with analysts and investors to discuss its fiscal first quarter 2021 financial results. During the call, McCarthy touted the Company's Disney+ subscriber growth, stating that the Company "saw strong additions to our subscriber base from our November launch in Latin America." Chapek also added that "Disney+ has exceeded even our highest expectations in just over a year since its launch, with 94.9 million subscribers as of the end of the first fiscal quarter."

On May 13, 2021, Walt Disney held an earnings call with analysts and investors to discuss its fiscal second quarter 2021 financial results. During the call, McCarthy highlighted the rapid pace of subscribers joining the Disney+ service. In particular, McCarthy stated: "At our annual meeting, we announced we have reached 100 million global paid subscribers. We reached that milestone in early March, so we added subs at a faster pace in the last month of the second quarter than we did in the first 2 months." Both Chapek and McCarthy reassured investors that Disney+ would reach 230 million to 260 million subscribers by the end of fiscal 2024.

During the call, Chapek also represented that the quality of the Disney+ content was fueling its rapid subscriber growth and user engagement. In particular, Chapek stated:

> First of all is our content slate. As you know, we're spending a lot of money across our variety of franchises in order to create the ***content that's going to keep***

*consumers coming back and keep not only our sub number growing but also our engagement growing across all of our platforms*. So the first one is content slate.

On June 14, 2021, during Walt Disney's presentation at the Credit Suisse Communications Conference, Chapek downplayed the impact that the Company's increase of its Disney+ subscriptions had on churn. In particular, Chapek stated:

In terms of, I guess, an objective way to look at the price value relationship, the growth rate that we've experienced on Disney+ sort of stands out as the headline there. But you're right, we did launch at a very attractive price value opening point. And the first price point – *or our first price increase that you mentioned in the first 16 months happened recently, and we've seen no significantly higher churn as a result of that*.

On August 12, 2021, Walt Disney held an earnings call with analysts and investors to discuss its fiscal third quarter 2021 financial results. During the call, McCarthy continued to assure investors that Disney+ was experiencing solid growth, stating that the service "performed incredibly well with 116 million" subscribers. Regarding churn rates, Chapek claimed that, despite price increases, churn had actually decreased. In particular, Chapek stated:

We've got world-class content from the world's best storytellers plus our international launches plus the power of the Disney bundle and you asked the question about churn. *We're really pleased with churn*.

We've taken some price increases over the past few quarters. *And what you're seeing is that our churn has declined*, including in Latin America, where we went up -- I mean by -- in Europe, sorry, by 2 euros when we added Star brand as a sixth brand tile.

On September 21, 2021, during Walt Disney's presentation at the Goldman Sachs Communacopia Conference, Chapek represented that the Company's Disney+ content would be sufficient to sustain its level of growth. In particular, Chapek stated: "So we've got plenty of product in the pipeline coming. And I think that's going to be enough to fuel that growth again, that we're confident about delivering in the long term."

**The Truth Begins to Emerge as Walt Disney's Fiduciaries Continue to Mislead the Public**

The truth behind the Company's Disney+ performance and outlook began to emerge on November 10, 2021, with an earnings call with analysts and investors to discuss its fiscal fourth quarter and full year 2021 financial results. For the quarter, Walt Disney reported reaching 118.1 million subscribers, which was 1.5 million short of an estimate compiled by Bloomberg L.P. During the call, McCarthy also revealed that Disney+ would reach its peak year of losses in fiscal 2022 rather than in fiscal 2021. However, Chapek downplayed the Company's challenges and continued to praise the Disney+ platform's performance. In particular, Chapek stated:

> [W]e are pleased with the success of our portfolio streaming services, ***Disney+, ESPN+ and Hulu continued to perform incredibly well with 118.1 million***, 17.1 million and 43.8 million subscribers, respectively, for a total of 179 million subscriptions. ***To put this growth in perspective, in the past fiscal year alone, we have grown the total number of subscriptions across our DTC portfolio by 48% and Disney+ subs, in particular, by 60%.***

During the call, McCarthy also reiterated that Disney+ would reach 230 million to 260 million subscribers by fiscal 2024. In particular, McCarthy stated:

> As Bob mentioned, we are increasing our overall long-term content expense for Disney+, and we believe ***we are well positioned to achieve the subscriber target of 230 to 260 million by fiscal 2024 that we laid out at last year's Investor Day***, and we also remain confident in our expectation that Disney+ will achieve profitability in fiscal 2024.

Regarding international growth, Chapek discussed the Company's plans to expand Disney+ globally, while downplaying the fact that these expansions were more about aggressively boosting subscriber numbers than offering the best value for the Company. In particular, Chapek stated:

> And next year, we plan to bring Disney+ to consumers in ***50-plus additional countries***, including in Central Eastern Europe, the Middle East, and South Africa. ***Our goal is to more than double the number of countries we are currently in to over 160 by fiscal year '23***.

During the call, Chapek once again claimed that the Company's Disney+ content would continue to drive subscriber growth and allow the Company to achieve its lofty projections.

On this news, the price of Walt Disney's stock dropped over 7%, or $12.34 per share on November 11, 2021, to close at $162.11 per share compared to the previous trading day's closing of $174.45 per share, erasing $22.4 billion in market capitalization in a single day.

On May 11, 2022, Walt Disney held an earnings call with analysts and investors to discuss its fiscal second quarter 2022 financial results. During the call, Chapek assured investors Disney+ was still on track to nearly double its subscriber base by fiscal 2024. In particular, Chapek stated:

> That includes 7.9 million Disney+ subscribers, ***keeping us on track to reach 230 million to 260 million Disney+ subscribers by fiscal '24.*** The growth of the platform since its launch reinforces its unique nature. Quite simply, we believe Disney+ is one of a kind, a service based on exceptional branded content with wide appeal across all four quadrants.

Later in the call, Chapek reiterated that the Company's focus remained on its Disney+ content, claiming that it would continue to drive subscription growth moving forward. In particular, Chapek stated:

*The Walt Disney Company Stockholder Inspection Demand*
Page 7

So as you know, ***we're very carefully watching our content growth -- content cost growth***. And we reaffirmed, as you heard earlier, our targets, our guidance on both subs and on profitability. So we think they move together. It's obviously a balancing act, ***but we believe that great content is going to drive our subs, and those subs then in scale will drive our profitability***.

Chapek also reassured investors that the Company's aggressive guidance numbers were still well within reach. In particular, Chapek stated:

***And we're very confident that going forward, we're going to hit both of those sub guidance and profitability guidance by bringing in the cost at a reasonable level relative to their ability to attract and retain our subs***.

\*       \*       \*

And that modeling suggests that in addition to things like local market content, new content coming online, both in terms of general entertainment and from franchises, as well as new markets being added that that ***Disney+ guidance is going to be very achievable for us both in terms of the sub adds and in terms of the operating performance***.

On this news, the price of Walt Disney's stock dropped another 2.4%, or $2.47 per share on May 11, 2022, to close at $105.21 per share compared to the previous trading day's closing of $107.68 per share, erasing $4.5 billion in market capitalization in a single day.

On August 10, 2022, Walt Disney held an earnings call with analysts and investors to discuss its fiscal third quarter 2022 financial results. During the call, Chapek once again touted Disney+ subscriber growth. Chapek also highlighted the service's launch into fifty new markets, while continuing to conceal the Company's aggressive spending strategy aimed at chasing subscribers in unprofitable markets.

On November 8, 2022, Walt Disney issued a press release announcing its disappointing fiscal fourth quarter and full year 2022 financial results. The press release revealed that its direct-to-consumer streaming segment reported a $1.47 billion operating loss for the quarter, more than double the losses reported on a year-over-year basis.

That same day, Walt Disney held an earnings call with analysts and investors to discuss its financial results. During the call, Chapek reassured the public that the Company still expected Disney+ to reach profitability in fiscal 2024. McCarthy also downplayed the Company's disappointing results and continued to emphasize Disney+'s significant subscriber growth, representing that the growth was sustainable. In particular, McCarthy stated: "…Disney+ added over 9 million subs in Q4 as expected versus the 6 million net adds we saw in the third quarter, reflecting the success of Disney+ Day and our Tempo content releases in addition to continued growth from third quarter market launches."

In response to the news and despite the repeated assurances about Disney+ growth, analysts began to question the Company's ability to achieve profitability with its current subscriber growth strategy. For example, an analyst from Barclays stated: "[W]e believe Disney may face a choice between its subscriber growth and its streaming breakeven guidance as we believe it may be tough to meet both."

Despite Chapek's efforts to downplay the Company's poor results, the damage had already been done. In response to the news, the price of Walt Disney stock plunged over 13.1%, or $13.15 per share on November 9, 2022, to close at $86.75 per share compared to the previous trading day's closing of $99.90 per share, erasing $23.1 billion in market capitalization in a single day. On November 20, 2022, just days after the press release, reports surfaced that the Company had fired both Chapek and Daniel. Iger returned to replace Chapek as the Company's CEO.

**The Truth Fully Emerges**

On May 10, 2023, Walt Disney held an earnings call with analysts and investors to discuss its fiscal second quarter 2023 financial results. During the call, Iger acknowledged that the Company needed to reshape its approach with Disney+, shifting away from its aggressive subscriber growth strategy and focusing more on profitability. Iger stated that the shift would require "a significant transformation to strategically realign Disney for sustained growth and success."

Regarding Disney+ content, Iger revealed the Company needed to streamline its offerings, admitting that much of the content had not contributed to subscriber growth. In particular, Iger stated:

> And now, as we -- as we grow the business in terms of -- in terms of the global footprint, *we realized that we made a lot of content that is not necessarily driving sub growth*, and we're getting much more surgical about what it is we make.

During the call, Iger also mentioned that changes would have to be made to the Company's international expansions, acknowledging the need to "recalibrate[e] our investments internationally."

Additionally, McCarthy revealed that the Company planned to trim its Disney+ content and incur an impairment charge ranging from $1.5 billion to $1.8 billion. In particular, McCarthy stated:

> As a result, *we will be removing certain content from our streaming platforms and currently expect to take an impairment charge of approximately $1.5 billion to $1.8 billion*. The charge, which will not be recorded in our segment results, will primarily be recognized in the third quarter as we complete our review and remove the content.
>
> And going forward, *we intend to produce lower volumes of content in alignment with this strategic shift*.

On this news, the price of Walt Disney stock plummeted over 8.7%, or $8.83 per share on May 11, 2023, to close at $92.31 per share compared to the previous trading day's closing of $101.14 per share, erasing $16.1 billion in market capitalization in a single day.

**Insider Selling**

During the relevant Sales Period,[3] McCarthy sold over $17.1 million worth of her personally held Walt Disney stock while the Company's stock price was artificially inflated due to false and misleading statements.

Additionally, during the relevant Sales Period, Iger sold over $375.8 million worth of his personally held Walt Disney stock while the Company's stock price was artificially inflated due to false and misleading statements. The number of shares sold represented about half of his entire Walt Disney holdings.

**Walt Disney's Fiduciaries' Wrongdoing Have Caused Significant Harm to the Company**

As a result of Walt Disney's fiduciaries' improprieties, the Company disseminated improper, public statements concerning its Disney+ platform's growth and profitability. These improper statements have devastated Walt Disney's credibility as reflected by the Company's $111.7 billion, or 39.6%, market capitalization loss.

Additionally, Walt Disney is now the subject of a federal securities class action lawsuit filed in the U.S. District Court for the Central District of California. *See Local 272 Labor-Management Pension Fund v. The Walt Disney Co., et al.*, 2:23-cv-03661-CBM-AS (the "Securities Class Action"). The Securities Class Action brings claims against Walt Disney, Iger, Chapek, McCarthy, and Daniel for violations of sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as well as Rule 10b-5 of the U.S. Securities and Exchange Commission promulgated thereunder.

Our client is concerned that Walt Disney's fiduciaries are responsible for: (i) engaging in a scheme to drive subscriber growth, regardless of the harm caused to the Company; (ii) making materially false and misleading statements concerning the Company's finances and business prospects; and (iii) insider selling. Our client is also concerned that the Company lacked adequate and effective internal controls over its disclosures regarding this information prior to the truth being revealed.

## SPECIFIC DEMANDS FOR INSPECTION

In keeping with the proper purpose outlined above, Ms. Keto demands to inspect the books and records specified below. In making this demand to inspect the Company's books and records, our client notes that her inspection demand must be construed as liberally and with as much latitude as is afforded under Delaware law. Our client intends that this demand cover the Company's

---

[3] The "Sales Period" is from January 15, 2021 to January 12, 2023.

"books and records" in whatever form they take, to the fullest extent provided under Delaware's inspection demand jurisprudence. References to the "Board" in the request below shall mean the Board of Walt Disney. The term "Board" also includes any person, committee, or subcommittee acting on its behalf or in its stead. The time period for all requests is June 1, 2020 to the present, unless otherwise specified.

In particular, our client demands to inspect:

1.  The Board books and records, including any minutes, resolutions, reports, presentations, or memoranda made, reviewed by, or provided to the Board, concerning:

    a.  the Company's impairment charge announced on May 10, 2023;

    b.  the Company's $1.47 billion operating loss reported on November 8, 2022;

    c.  the distribution of the Company's feature films, including its decision to modify theatrical release and pay-per-view windows;

    d.  Disney+ subscriber growth and customer retention data, including details on the cost of acquiring new subscribers;

    e.  the average revenue per user for Disney+ in international markets;

    f.  Chapek's appointment as CEO, including his contract and renewal;

    g.  Daniel's appointment as Chairman of DMED;

    h.  the Company's decision to increase its Disney+ content budget to $33 billion for fiscal 2021;

    i.  the departures of Chapek and Daniel;

    j.  the Company's reorganization, including its formation of DMED;

    k.  the review, approval, or editing of the press release issued on November 8, 2022;

    l.  the review, approval, or editing of earning conference call scripts, prepared comments, or talking points for the calls held on February 11, 2021, May 13, 2021, August 12, 2021, November 10, 2021, May 11, 2022, August 10, 2022, November 8, 2022, and May 10, 2023;

    m.  the review, approval, or editing of statements, talking points, or prepared comments made at Walt Disney's Investor Day held on December 10, 2020; the Credit Suisse Communications Conference held on June 14, 2021; the Goldman Sachs Communacopia Conference held on September 21, 2021;

    n. McCarthy's and Iger's sales described above, either as an individual or as a group, including any 10b5-1 trading plans.

  2. The communications to or from the Board concerning the topics in Demand No. 1.

  3. Documents sufficient to identify the Company's internal controls, policies, and procedures in place to ensure Walt Disney's financial standing are adequately and timely reported to management and the Board.

  4. Documents and communications sufficient to determine director independence and identify any potential conflicts of interest among Board members, including:

    a. director questionnaires;

    b. the selection process for new Board members;

    c. the selection process for committee members;

    d. related-party transactions; and

    e. prior existing relationships among Board members.

  5. The 10b5-1 trading plans for McCarthy and Iger, operative between the Sales Period, including, without limitation, any modification or amendments to these plans.

  6. The documents provided in response to any other Section 220 demands investigating the same or similar matters identified in this demand.

## CONCLUSION

  The books and records sought are described with reasonable particularity and directly relate to our client's proper purpose. We request that you respond to this demand no later than five business days after its receipt, so that we may arrange a mutually convenient time and place for us to inspect the above-mentioned books, records, and minutes of Walt Disney. If you need more time to produce the requested books, records, and minutes, we are amenable to discussing a reasonable timeframe. In addition, we are willing to enter into an appropriate confidentiality agreement covering the documents our client will inspect.

  If Walt Disney contends that this demand is incomplete or is otherwise deficient in any respect, please notify us immediately in writing setting forth the facts that the Company contends support its position and specifying any additional information believed to be required. In the absence of such prompt notice, we will assume that Walt Disney agrees that this demand complies in all respects with the requirements of Section 220.

  On behalf of Ms. Keto, we affirm that the purpose for the demanded inspection as set forth above constitutes a true and accurate statement of the reasons our client desires to review the

demanded books and records, and that such demand is made in good faith, under oath, and penalty of perjury.[4] This purpose is both proper and reasonable as related to our client's interest as a stockholder.

We appreciate your diligent attention to this matter. Ms. Keto looks forward to Walt Disney fulfilling its legal obligation to permit her to inspect the above demanded records. If you have any questions, please do not hesitate to contact us.

Sincerely,

*/s/ Gregory Del Gaizo*
Gregory E. Del Gaizo

Enclosures

1688414

---

[4] The Oath notes that our client reviewed her demand in "substantially final form." The only changes between the version our client reviewed and the final version are minor nonsubstantive changes, such as the addition of the date and signature, which comply with the form and manner requirements of Section 220. *See, e.g.*, *Inter-Local Pension Fund GCC/IBT v. Calgon Carbon Corp.*, No. 2017-0910-MTZ, 2019 WL 479082, at *8 (Del. Ch. Jan. 25, 2019).

## POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENT, that I, Dorothy Keto, hereby make, constitute, and appoint Gregory E. Del Gaizo of Robbins LLP, and any persons designated by him, to act as a true and lawful attorney-in-fact for me, in my name, place, and stead, in all matters regarding the examination of books and records of The Walt Disney Company, and giving and granting unto said attorney full power and authority to do and perform all and every act and thing whatsoever requisite necessary and proper to be done in and without the premises, as fully, to all intents and purposes as I might or could do, with full power of substitution and revocation, hereby ratifying and confirming all that my attorney or the substitute shall lawfully do or cause to be done.

IN WITNESS WHEREOF, I have hereunto set my hand as of February 28, 2025.

*Dorothy Keto*
DOROTHY KETO

STATE OF ~~MICHIGAN~~ Texas ) 
) SS:
COUNTY OF ~~ALGER~~ Galveston )

Subscribed and sworn to (or affirmed) before me on this 28th day of February, 2025, by Dorothy Keto, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature _Jasmine Fontenot_ (Seal)

Jasmine Fontenot
Notary Public, State of Texas
ID NUMBER 134597818
COMMISSION EXPIRES October 10, 2027

Electronically signed and notarized online using the Proof platform.

## OATH OF DOROTHY KETO

I, Dorothy Keto, being first duly sworn, hereby state and depose under penalty of perjury that:

I am a stockholder of The Walt Disney Company, as evidenced by my account statement, a true and correct copy of which is attached hereto as Exhibit A.

I have reviewed the foregoing demand made pursuant to 8 Delaware General Corporation Law Code section 220, *et seq.* in substantially final form. The statements contained in the demand are true and correct to the best of my knowledge and belief.

I hereby affirm under penalty of perjury under the laws of the state of Delaware that the foregoing statements made by me are true and correct. Executed this 28th day of February, 2025, at Alger County, Michigan.

_Dorothy Keto_
DOROTHY KETO

STATE OF ~~MICHIGAN~~ Texas  ) 
COUNTY OF ~~ALGER~~ Galveston ) SS:

Subscribed and sworn to (or affirmed) before me on this 28th day of February, 2025, by Dorothy Keto, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature _Jasmine Fontenot_ (Seal)

Jasmine Fontenot
Notary Public, State of Texas
ID NUMBER 134597818
COMMISSION EXPIRES October 10, 2027

Electronically signed and notarized online using the Proof platform.

# Exhibit A

# E*TRADE
from Morgan Stanley

**CLIENT STATEMENT** | For the Period December 1-31, 2024

DOROTHY A KETO TOD
SUBJECT TO STA RULES

Self-Directed Brokerage Account

Page 10 of 14

## Account Detail

| Security Description | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| | 429.065 | | 4,766.04 | 6,968.02 | 2,201.95 | 514.88 | 7.39 |
| **Total** | | | | | | | |

Next Dividend Payable 01/2025; Asset Class: Alt

| | Quantity | Share Price | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|
| **WALT DISNEY CO HLDG CO (DIS)** | | | | | | | |
| Reinvestments | | | | | | | |
| Purchases | 64.001 | 111.350 | 5,960.71 | 7,126.51 | 1,165.80 | | |
| | 5.516 | | 604.49 | 614.21 | 9.72 | | |
| **Total** | 69.517 | | 6,565.20 | 7,740.72 | 1,175.52 | 69.52 | 0.90 |

Rating: Morgan Stanley: 1, Morningstar: 2; Next Dividend Payable 01/16/25; Asset Class: Equities

| | Percentage of Holdings | | Total Cost | Market Value | Unrealized Gain/(Loss) | Est Ann Income | Current Yield % |
|---|---|---|---|---|---|---|---|

Unrealized Gain/(Loss) totals only reflect positions that have both cost basis and market value information available. Cash, MMF, Deposits and positions stating 'Please Provide' or 'Pending Corporate Actions' are not included.

## ALLOCATION OF ASSETS

| Cash | Equities | Fixed Income & Preferred Securities | Alternatives | Structured Investments | Other |
|---|---|---|---|---|---|

2/25/25, 11:55 AM  E*TRADE - Portfolios

2/25/25 (printed)

DOW ▼-0.20%   NASDAQ ▼-1.82%   S&P 500 ▼-0.96%

**E*TRADE** from Morgan Stanley

Log Off

↻ Feb 25, 2025 11:54 AM ET

**Additional dividend reinvestment on 1/16/25 page 2**

# Portfolios

Positions | Allocation | Performance | Historical value | Margin | Gains & Losses | Risk Assessment

Account
Individual Brokerage -4374

Transfer money

Show less

Filters | View: Perfor▼ | Filter by Symbol / CUSIP | Security type: All securities ▼ | Wash sale adjustment ●

| Symbol | | Last Price $ | Change $ | Change % | Day's Gain $ | Qty # | Price Paid $ | Total Gain $ | Total Gain % | |
|---|---|---|---|---|---|---|---|---|---|---|
| DIS | Trade | 109.6175 | -1.571 | -1.41% | -109.71 | 69.837 | 94.3622 | 1,056.20 | 16.00% | 7, |
| Cash | Transfer money | | | | | | | | | |
| Total | | | | | -$1,083.01 | | $42,030.81 | $8,097.38 | 19.27% | $50 |

| Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/04/2014 | 109.6175 | -1.571 | -1.41% | -100.55 | 64.001 | 92.9785 | 1,055.66 | 17.71% | 7
| 01/08/2015 | 109.6175 | -1.571 | -1.41% | -1.23 | 0.782 | 94.1176 | 12.13 | 16.48% |
| 07/29/2015 | 109.6175 | -1.571 | -1.41% | -0.56 | 0.359 | 119.1086 | -3.40 | -7.96% |
| 01/11/2016 | 109.6175 | -1.571 | -1.41% | -0.73 | 0.464 | 99.6767 | 4.62 | 9.98% |
| 07/28/2016 | 109.6175 | -1.571 | -1.41% | -0.76 | 0.485 | 96.0412 | 6.59 | 14.15% |
| 01/11/2017 | 109.6175 | -1.571 | -1.41% | -0.74 | 0.474 | 108.7553 | 0.41 | 0.80% |
| 01/11/2018 | 109.6175 | -1.571 | -1.41% | -0.80 | 0.509 | 109.8428 | -0.11 | -0.19% |
| 07/26/2018 | 109.6175 | -1.571 | -1.41% | -0.78 | 0.499 | 112.9058 | -1.64 | -2.90% |
| 01/10/2019 | 109.6175 | -1.571 | -1.41% | -0.83 | 0.531 | 111.9774 | -1.25 | -2.10% |
| 07/25/2019 | 109.6175 | -1.571 | -1.41% | -0.66 | 0.422 | 142.0142 | -13.67 | -22.80% |
| 01/17/2020 | 109.6175 | -1.571 | -1.41% | -0.65 | 0.416 | 144.9519 | -14.69 | -24.37% |
| 01/10/2024 | 109.6175 | -1.571 | -1.41% | -0.36 | 0.229 | 90.3057 | 4.43 | 21.40% |
| 07/25/2024 | 109.6175 | -1.571 | -1.41% | -0.54 | 0.346 | 89.9711 | 6.80 | 21.85% |
| 01/16/2025 | 109.6175 | -1.571 | -1.41% | -0.50 | 0.32 | 108.625 | 0.32 | 0.92% |